UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

USA,

          Plaintiff(s),

v.

Robert "Unc" Hill,

          Defendant(s).
_____/

Case No. 21-20307

Judge  Gershwin A. Drain

Magistrate Judge  Kimberly G. Altman

**NOTICE OF CORRECTION**

Docket entry number __216__, filed __12/29/2022__, has been modified. The explanation for the correction is stated below.

- [✓] The docket entry was made on the wrong case.
- [ ] The corresponding document image was missing or incomplete.
- [ ] The wrong document image was associated.
- [ ] The wrong judicial officer was listed on the case docket.
- [ ] The filer information was inaccurate or omitted from the docket text.
- [ ] The judicial officer information was inaccurate or omitted from the docket text.
- [ ] The docket text was changed *to include the Partial Payment Order.*
- [ ] Other:

If you need further clarification or assistance, please contact __Teresa McGovern__ at __(313) 234-5213__.

KINIKIA D. ESSIX, CLERK OF COURT

Dated: December 29, 2022

s/Teresa McGovern
Deputy Clerk